IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR417-056 |
| ) | |
| JIMMIE ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant's Objection to Order. (Doc. 39.) In his filing, Defendant alleges that this Court incorrectly adopted the Magistrate Judge's Report and Recommendation (Doc. 33) and denied his Amended Motion to Suppress (Doc. 25). Although labeled as an objection, this Court construes Defendant's filing as a motion to reconsider. After careful consideration, Defendant's request (Doc. 39) is **DENIED**. Defendant has failed to offer any new argument that would cause this Court to question its prior ruling.

SO ORDERED this 24th day of January 2018

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA